Syenite Granite Co. v. Bobb.

SYENITE GRANITE COMPANY, *Appellant*, v. BOBB *et al.*

**Appellate Jurisdiction:** SPECIAL TAX-BILL.    A suit by attachment to enforce the lien of a special tax-bill ( the amount being less than twenty-five hundred dollars )  assessed against a lot for a street improvement, is within the appellate jurisdiction of a court of appeals.

*Appeal from St. Louis City Circuit Court.*—HON. G. W. LUBKE, Judge.

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

*Leonard Wilcox* for appellant.

*T. J. Rowe* and *R. E. Collins* for respondents.

BRACE, J.—This is a suit by attachment to enforce the lien of a special tax-bill for $204.80 assessed against a certain lot in the city of St. Louis as its proportionate share of the cost of improving a street in front of it, and is within the appellate jurisdiction of the St. Louis court of appeals, to which it is ordered to be transferred.    All concur.